IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| THE NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 3:07-CV-84 (CDL) |
| THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, *et. al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT BOARD'S AND OFFICIAL CAPACITY DEFENDANTS' NOTICE OF FILING CASE AUTHORITY

Defendant Board and Official Capacity Defendants ("Defendants") have filed a Notice to cite *InfoMath, Inc. v. Univ. of Ark.*, No. 4:04CV00488-WRW, 2007 WL 4562878 (E.D. Ark. Dec. 21, 2007) as "recent" authority pertinent to the resolution of the sovereign immunity issues in this litigation. But *InfoMath* is not new – it was decided in December, and could have been cited by Defendants in their January Reply Brief. Nor is it pertinent to the resolution of the sovereign immunity issues in this litigation. Rather, it suffers from the same infirmities as does *De Romero*, 466 F. Supp.2d 410, which is cited in Defendants' Reply Brief. Namely, the district courts in both *De Romero* and *InfoMath* simply rubber-stamp the reasoning of *Chavez*, 204 F.3d 601, without addressing the shortcomings of *Chavez* discussed at pp 47-59 of NABP's Brief, and, more importantly, without considering the arguments that NABP has made under a trio of cases that post-date *Chavez*. Specifically, neither *De Romero* nor *InfoMath* considered NABP's arguments that: 1) the CRCA is constitutional legislation under § 5 of the Fourteenth Amendment under *Georgia*, 546 U.S. 151, 126 S. Ct. 877; 2) the CRCA is a proper exercise of

Congress's Article I copyright power under *Katz*, 546 U.S. 356, 126 S. Ct. 990; and 3) the Board's immunity was contractually waived in 1995 under, *inter alia*, *Baum Research*, 503 F.3d 1367. Defendants cannot simply circumvent these precedents by citing to a number of district court opinions where the precedents were not considered.

This 29th day of February, 2008.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Phone: (404) 815-3500
Fax: (404) 815-3509

J. Rodgers Lunsford III
Georgia Bar No.: 461200
rlunsford@sgrlaw.com
Kerri A. Hochgesang
Georgia Bar No.: 358448
khochgesang@sgrlaw.com
Devin H. Gordon
Georgia Bar No.: 141256
dgordon@sgrlaw.com
Todd D. Williams
Georgia Bar No.: 142379
twilliams@sgrlaw.com

Attorneys for Plaintiff The National Association of Boards of Pharmacy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| THE NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO: 3:07-CV-84 (CDL) |
| THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of February, 2008, the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF FILING SUPPLEMENT TO BRIEFS WITH RECENT AUTHORITY was electronically filed with the Clerk of the Court using the Court's ECF system which automatically generates a Notice of Electronic Filing of such Pleading to the following attorneys of record. A copy of the same has also been electronically transmitted to:

Alan E. Lubel
Kevin A. Maxim
TROUTMAN SANDERS, LLP
600 Peachtree Street, Suite 5200
Atlanta, GA 30308

Mary Josephine Volkert
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

*Attorneys for Defendant The Board of Regents of the University System of Georgia*

Gary L. Seacrest
John G. Haubenreich
Annarita M. Busbee
SEACREST, KARESH, TATE &
BICKNESE, LLP
56 Perimeter Center East
Suite 450
Atlanta, GA 30346

*Attorneys for Defendant Flynn Warren, Jr.*

J. Rodgers Lunsford III